LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
AMBER M. WILLIAMS, ESQ.
NEVADA BAR NO, 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant*
*High Noon at Arlington Ranch Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiffs,<br><br>vs.<br><br>T-SHACK, INC. a Nevada corporation; HIGH NOON AT ARLINGTON RANCH HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | CASE NO.: 2:16-cv-02664-JCM-PAL<br><br>**CORRECTED STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES**<br><br>(First Request) |

Plaintiffs, Federal Home Loan Mortgage Corporation and Wells Fargo Bank, N.A., and Defendants T-Shack, Inc. and High Noon at Arlington Ranch Homeowners Association, by and through their respective attorneys of record, hereby stipulate and agree to extend the briefing deadlines, as follows:

IT IS HEREBY STIPULATED AND AGREED that the deadline for Defendants to file Oppositions to Plaintiff's Motion for Summary Judgment [ECF No. 22] filed April 19, 2017, shall be extended from the current deadline of May 10, 2017, up to and including **May 24, 2017.**

IT IS HEREBY FURHER STIPULATED AND AGREED that the deadline for Plaintiffs to file their Reply to Defendants' Oppositions to Plaintiff's Motion for Summary Judgment shall be extended from the current deadline of June 7, 2017, up to and until **June 21, 2017.**

Pursuant to Local Rule IA 6-1(a) and 7-1, the parties state the reason for extending the briefing deadline is to enable counsel for Defendants more time to evaluate and brief the issues raised in Plaintiffs' Motion for Summary Judgment. This the parties' first request for an extension of time to brief the Motion for Summary Judgment. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in their areas of law practice.

DATED this 11th day of May, 2017.
SNELL & WILMER, L.L.P.

/s/ *Wayne Klomp*
By: _____
Jeffrey Willis, Esq. (Bar No. 4797)
Wayne Klomp, Esq. (Bar No. 10109)
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Plaintiffs*
*Federal Home Loan Mortgage Corp.*
*And Wells Fargo Bank, N.A.*

Dated this 11th day of May, 2017.
LIPSON, NEILSON, COLE, SELTZER & GARIN PC

/s/ *Amber M. Williams*
By: _____
J. William Ebert, Esq. (Bar No. 2697)
Amber M. Williams, Esq. (Bar No. 12301)
9900 Covington Cross Dr., Ste.120
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*High Noon at Arlington Ranch*
*Homeowners Association*

DATED this 11th day of May, 2017.
AYON LAW

/s/ *Luis A. Ayon*
By: _____
Luis A. Ayon, Esq. (Bar No. 9752)
AYON LAW
9205 W. Russell Rd, Building 3, Suite 240
Las Vegas, NV 89148
laa@ayonlaw.com
*Attorney for Defendant T-Shack, Inc.*

**ORDER**

IT IS SO ORDERED.

DATED May 11, 2017.

_____
UNITED STATES DISTRICT JUDGE

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512