| | |
|---|---|
| 1 | LUIS A. AYON, ESQ. |
| | Nevada Bar No. 9752 |
| 2 | **AYON LAW, PLLC** |
| 3 | 9205 West Russell Road |
| | Building 3, Suite 240 |
| 4 | Las Vegas, Nevada 89148 |
| | Telephone: (702) 600-3200 |
| 5 | Facsimile: (702) 447-7936 |
| 6 | *E-Mail:  laa@ayonlaw.com* |

*Attorneys for Plaintiff,*
*T-Shack, Inc.*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiffs,<br>vs.<br><br>T-SHACK, INC., a Nevada corporation; HIGH NOON AT ARLINGTON RANCH HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No.: 2:16-cv-02664-JCM-PAL<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF FEDERAL HOME LOAN MORTGGE CORPORATION; WELLS FARGO BANK'S MOTION FOR SUMMARY JUDGMENT (Second Request)** |

COME NOW the parties, and hereby stipulate as follows:

WHEREAS, due to Defendant's counsel, LUIS A. AYON, ESQ., of AYON LAW, PLLC being recently retained to represent the interests of Defendant, T-SHACK, INC., a Nevada corporation, ("T-SHACK"), Defendant is unable to meet the deadline of May 24, 2017 for filing of their opposition to Plaintiff, FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK'S ("FEDERAL/WELLS") Motion for Summary Judgment filed and served on April 19, 2017 in this matter.

/ / /

/ / /

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA  89148**
**PHONE: (702) 600-3200**

1

THEREFORE, the parties agree that Defendant T-SHACK'S opposition to Plaintiff FEDERAL/WELLS'S Motion for Summary Judgment will be filed and served no later than June 7, 2017.

The Plaintiff, FEDERAL/WELLS' reply to Defendant T-SHACK'S opposition will be filed and served no later than June 30, 2017.

Pursuant to Local Rule IA 6-1(a) and 7-1, the parties state the reason for extending the briefing deadline is to enable counsel for Defendant T-SHACK more time to evaluate and brief the issues raised in Plaintiff's Motion for Summary Judgment. This is this Defendant T-SHACK'S second request for an extension of time to brief the Motion for Summary Judgment. The parties have entered into this agreement in good faith and not for purposes of delay. This is the parties' way of accommodating one another given the overall increase in litigation in their areas of law practice.

DATED this 7th day of June, 2017.

**AYON LAW, PLLC**

_/s/ *Luis A. Ayon*_____
LUIS A. AYON, ESQ.
Nevada Bar No. 9752
9205 W. Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*T-Shack, Inc.*

DATED this 7th day of June, 2017.

**SNELL & WILMER, L.L.P.**

_/s/ Wayne Klomp_____
WAYNE KLOMP, ESQ.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Plaintiffs Federal Home Loan*
*Mortgage Corporation and Wells Fargo*
*Bank, N.A.*

DATED this 7th day of June, 2017.

**LIPSON, NEILSONM COLE, SELTZER**
 **& GARIN, P.C.**

_/s/ Amber M. Williams_____
AMBER M. WILLIAMS, ESQ.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*High Noon at Arlington Ranch*
*Homeowners Association*

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED:

Defendant T-SHACK'S opposition to Plaintiff FEDERAL/WELL'S Motion for Summary Judgment will be filed and served no later than June 7, 2017;

Plaintiff FEDERAL/WELL'S reply to Defendant T-SHACK'S opposition will be filed no later than June 30, 2017.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 7, 2017