Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       wklomp@swlaw.com

*Attorneys for Plaintiffs Federal Home Loan Mortgage
Corporation and Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL HOME LOAN MORTGAGE CORPORATION; WELLS FARGO BANK, N.A., a national banking association;<br><br>Plaintiffs,<br><br>vs.<br><br>T-SHACK, INC., a Nevada corporation; HIGH NOON AT ARLINGTON RANCH HOMEOWNERS ASSOCIATION, a Nevada nonprofit corporation; ALESSI & KOENIG, LLC, a Nevada limited-liability company;<br><br>Defendants. | Case No. 2:16-cv-02664<br><br>**STIPULATION AND ORDER TO CONSOLIDATE REPLY BRIEFING AND EXTEND TIME ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Pursuant to Local Rules 6-1 and 7-1, it is hereby stipulated by and between Plaintiffs Federal Home Loan Mortgage Corporation ("Freddie Mac") and Wells Fargo Bank, N.A. ("Wells Fargo" and with Freddie Mac, "Plaintiffs") and Defendants T-Shack, Inc. ("T-Shack") and High Noon at Arlington Ranch Homeowners Association (the "HOA"), as follows:

On April 19, 2017, Plaintiffs filed a Motion for Summary Judgment ("Motion") (ECF No. 22). The HOA filed its Response to the Motion on May 24, 2017 (ECF No. 31) and Plaintiffs' reply is currently due June 21, 2017. *See* Order (ECF No. 26). T-Shack filed its Response Motion on June 7, 2017, and by order (ECF No. 36), Plaintiffs' reply is due June 30, 2017.

Rather than file separate replies in support of their Motion, the Parties stipulate and agree to extend the time for Plaintiffs to reply to the HOA's opposition so that the replies to both the HOA's opposition and T-Shack's opposition can be consolidated into a single reply. Thus, the Parties agree and stipulate that Plaintiffs shall have until **June 30, 2017**, in which to file their consolidated reply brief and request this Court enter an order to that effect. The consolidation of reply briefs support judicial economy and serves to conserve client resources.

This is the parties' second request for an extension of time to allow Plaintiffs to file their reply to the HOA's Response to the Motion for Summary Judgment. This request is not intended to cause any delay or prejudice to any party. Rather, the Parties hereto agree to an extension in good faith and to conserve resources by consolidating the briefing.

Dated: June 16, 2017.

SNELL & WILMER L.L.P.

By: */s/ Wayne Klomp*
Jeffrey Willis, Esq.
Nevada Bar No. 4797
Wayne Klomp, Esq.
Nevada Bar No. 10109
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Freddie Mac and Wells Fargo*

Dated: June 16, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ Amber M. Williams*
J. William Ebert, Esq.
Nevada Bar No. 2697
Amber M. Williams, Esq.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Homeowners Association*

Dated: June 16, 2017.

AYON LAW PLLC

By: */s/ Luis A. Ayon*
Luis A. Ayon, Esq.
Nevada Bar No. 9752
9205 West Russell Rd., Bldg. 3, Ste. 240
Las Vegas, Nevada 89148
*Attorneys for T-Shack, Inc.*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE
DATED: June 16, 2017

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2017, I electronically filed the foregoing with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: June 16, 2017.

*/s/ Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.
