UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | Case No. 2:16-cv-02664-JCM-PAL |
|---|---|
| Plaintiffs, | **ORDER** |
| v. | (Mot Stay Disc – ECF No. 29) |
| T-SHACK, INC., et al., | |
| Defendants. | |

Before the court is Plaintiffs' Motion to Stay Discovery Pending the Resolution of the Motion for Summary Judgment (ECF No. 29). No opposition to the motion has been filed, and the time for filing an opposition has expired. However, defendant T Shack filed an opposition to the motion for summary judgment (ECF No 34), which also requests relief under Fed. R. Civ. P. 56(d) to allow discovery on disputed facts defendant states are necessary to decide the motion.

Having reviewed and considered the motion,

**IT IS ORDERED** that Plaintiffs' Motion to Stay Discovery Pending the Resolution of the Motion for Summary Judgment (ECF No. 29) is **DENIED**.

DATED this 21st day of June, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE